IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| TAMMIE HILL and DANIEL HILL, | ) | |
| | ) | |
| Plaintiffs | ) | CIVIL ACTION NO. |
| v. | ) | 3:17-CV-00678 |
| | ) | |
| WINNEBAGO INDUSTRIES, INC., | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendant | ) | |

## JOINT MEDIATION REPORT

**NOW COME** the parties, by and through counsel, pursuant to the Initial Case Management Order, and report to the Court as follows with regard to utilization of mediation in the present case:

1. The parties are actively engaged in discovery. Plaintiffs are willing to mediate at this time; however, Defendant wishes to complete written discovery and depositions before reaching a conclusion as to mediation.

2. The parties are scheduled to participate in depositions in January 2018. After the depositions are concluded, the parties will engage in discussions regarding mediation or some other form of alternative dispute resolution.

3. If the Court orders the parties to participate in mediation, the parties will abide by the Court's Order; however, the parties wish to reserve the right to exhaust their efforts to reach a conclusion of this matter prior to mediation in order to avoid the expense, if possible.

Respectfully submitted,

**BURDGE LAW FIRM**

BY: *s/ Ronald J. Burdge*
**RONALD L. BURDGE (Ad hoc)**
*Co-Counsel for Plaintiffs*
8250 Washington Village Drive
Dayton, OH   45458
Telephone: (937) 432-9500
Facsimile: (937) 432-9503


**LAW OFFICE OF BRENT S. SNYDER**

BY: *s/ Brent S. Snyder*
**BRENT S. SNYDER, TN BPR: 021700**
*Co-Counsel for Plaintiffs*
2125 Middlebrook Pike
Knoxville, TN   37921
Telephone: (865) 546-2141
Facsimile: (865) 546-5777


**LEITNER, WILLIAMS, DOOLEY**
**& NAPOLITAN, PLLC**

BY: *s/ Charles W. Poss*
**CHARLES W. POSS – TN BPR: 017519**
**KALEY P. BELL – TN BPR: 033482**
*Attorneys for Winnebago Industries, Inc.*
Tallan Building – 5th Floor
200 West Martin Luther King Boulevard
Chattanooga, TN 37402
Telephone: (423) 424-3919
Facsimile: (423) 308-0919