# UNITED STATES DISTRICT COURT
## for the Middle District of Tennessee

### Mediator's Report to the Court

| | |
|---|---|
| Mediator | Barry L. Howard |
| Case Name | Tammie and Daniel Hill vs Winnebago Industries, Inc. |
| Case No. | 3:17-cv-00678 |
| Judge | |

Local Rule 16.05(e) requires that mediators file this report with the Clerk's Office immediately following the mediation conference. No information other than that requested below is permitted to be provided as part of this report. This report shall be emailed to the following address: OperationsManager@tnmd.uscourts.gov, or press the "Submit by Email" button below.

Please answer the following questions:

1. Did all required parties attend the conference?
   - ● Yes
   - ○ No

2. Was the case settled at the conclusion of the conference?
   - ○ Yes
   - ● No

3. Was the mediation continued with the consent of the parties?
   - ○ Yes
   - ● No

4. Was the mediation terminated without a settlement?
   - ● Yes
   - ○ No

NOTE: For the purposes of providing this report, a mediation which continues on contiguous business days or within a single work week is considered to be a single mediation conference. Conferences not occurring on contiguous business days or within the same week are considered separate conferences, and a separate report should be provided for each.

COMMENTS:

[ Print ] [ Reset ]

## CERTIFICATE OF SERVICE

I hereby certify that on this _____ day of June, 2018, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to Ronald L. Burdge, Esq., Burdge Law Office, 8250 Washington Village Drive, Dayton, Ohio 45458-1850; Brent W. Snyder, Esq., Banks & Jones, 2125 Middlebrook Pike, Knoxville, Tennessee 37921; Benjamin T. Reese, Esq., Leitner Williams Dooley & Napolitan, Tallan Building, 5th Floor, Chatanooga, Tennessee 37402 and Kaley Pennington Bell, Esq., Leitner Williams Dooley & Napolitan, 201 Fourth Avenue North, Suite 1100, Nashville, Tennessee 37219. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

      /s/ Barry L. Howard
      Barry L. Howard