## CERTIFICATION OF SERVICE

This will certify that a true and accurate copy of Plaintiffs' *Motion for Extension of Time to File Response to Defendant Winnebago Industries, Inc.'s Motion for Summary Judgment* was served upon Benjamin Reese & Kaley Bell, Leitner, Williams, Dooley & Napolitan, PLLC, 200 W Martin Luther King Boulevard, Chattanooga TN 37402, counsel for Defendant Winnebago, on August 15, 2018, electronically by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/Ronald L. Burdge
RONALD L. BURDGE   Pro Hac
Attorney for Plaintiffs